IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY RIVAS VAZQUEZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-4179** |
| | : | |
| **LEHIGH COUNTY, STEVE KALNAS,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 3rd day of January, 2022, upon consideration of Plaintiff's Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Clerk of Court shall **TERMINATE** "The State of Pennsylvania-Commonwealth" as a Defendant in this case.

2. The Clerk of Court shall **AMEND** the caption to add the following Defendants: (1) Lehigh County; and, (2) Steve Kalnas.

3. Plaintiff's claims against Defendant Lehigh County are **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff's claims against Defendant Steve Kalnas in his official capacity are **DISMISSED WITH PREJUDICE**

5. Plaintiff's claims against Defendant Steve Kalnas in his individual capacity are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**